Eastern District of Kentucky
**FILED**

APR 27 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 2004-262 (WOB)

STEVEN E. BYRNE     PLAINTIFF

VS.     <u>JUDGMENT</u>

THE BLACK & DECKER CORPORATION;
BLACK & DECKER, INC.; AND
BLACK & DECKER (U.S.), INC.     DEFENDANTS

      Pursuant to the Opinion and Order entered concurrently herewith,

      **IT IS ORDERED AND ADJUDGED** that summary judgment is hereby entered in defendants' favor, and that this matter be, and is hereby, **stricken** from the docket of this court.

      This 27th day of April, 2006.



Signed By:
<u>*William O. Bertelsman*</u> *WOB*
**United States District Judge**